AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Reavley, Thomas M | 2. Court or Organization<br><br>Fifth Circuit Court of Appeals | 3. Date of Report<br><br>03/28/2008 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, ▶ Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
|---|---|---|

| 7. Chambers or Office Address<br><br>Bob Casey Federal Courthouse<br>515 Rusk Street, Room 11009<br>Houston, Texas 77002 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M | 03/28/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | State of Texas, Judicial Retirement | $ 68,400.00 |
| 2. 2007 | Baylor University School of Law | $ 1,600.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | See attached report of ███████████ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M | 03/28/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Prudential Insurance Co. | Policy Loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M | 03/28/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Compass Bank (Houston) | D | Interest | M | T | | | | | |
| 2. Royalty (Hendrix) Pecos County, Texas | B | Royalty | J | W | | | | | |
| 3. Minerals (Samson) Nacogdoches County, Texas | G | Royalty | N | T | | | | | |
| 4. Minerals (Apache) Nacogdoches County, Texas | C | Royalty | K | T | | | | | |
| 5. Minerals (Basa) Nacogdoches County, Texas | A | Royalty | J | W | | | | | |
| 6. Chase Bank (Austin) | B | Interest | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. Minerals (Chesapeake - was BRG) Nacogdoches County, Texas | B | Royalty | J | W | | | | | |
| 9. Fee Land, Lano County, Texas | | None | K | W | | | | | |
| 10. | | | | | | | | | |
| 11. Prudential Insurance Company | A | Interest | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. Minerals (Enervest) Shelby County, Texas | D | Royalty | | | | | | | |
| 14. Indigo | A | Royalty | K | W | | | | | |
| 15. Minerals (BP) Panola County, Texas | C | Royalty | K | W | | | | | |
| 16. Minerals (EOG) Nacogdoches County, Texas | A | Royalty | J | W | | | | | |
| 17. Minerals (AC Exp) Shelby County, Texas | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M | 03/28/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Minerals (Noble) Nacogdoches County, Texas | B | Royalty | K | W | | | | | |
| 19. Minerals (Hunt) Nacogdoches County, Texas | B | Royalty | K | W | | | | | |
| 20. Minerals (Delta Petroleum) Newton County, Texas | A | | J | W | | | | | |
| 21. Morgan Stanley & Co. (cash balance in brokerage account) | A | Interest | J | T | Open Account | | | | |
| 22. Morgan Stanley Institutional Funds | A | Interest | J | T | Open Account | | | | |
| 23. | | | | | | | | | |
| 24. Daily Tax Free Income Fund | D | Interest | L | T | | | | | |
| 25. Colorado Springs Bonds 3.78% Due 12/15/32 | A | Interest | | | Sell | 1/23 | K | | |
| 26. Tarrant County Bond 3.75% Due 2/15/33 | A | Interest | | | Sell | 6/07 | O | | |
| 27. University of Texas Permanent Bond 5% Due 7/01/13 | B | Interest | M | T | | | | | |
| 28. Corpus Christi Bond 4% Due 7/15/11 | B | Interest | M | T | | | | | |
| 29. Greater Clark County, Colorado Bond 5% Due 7/15/11 | B | Interest | M | T | | | | | |
| 30. Akron, Ohio Bond 5% Due 1/12/17 | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M | 03/28/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

████████████████ I attach a copy of her financial disclosure report for my report of her finances.

VII #7 - closed Hester investment in 2006

VII #13 and #14 - Enervest converted to Indigo midyear

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KING, CAROLYN D | U.S. COURT OF APPEALS 5TH CIR. | 04/02/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE (ACTIVE) | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

**7. Chambers or Office Address**

U.S. COURTHOUSE, ROOM 11020
515 RUSK AVENUE
HOUSTON, TX 77002-2694

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer_____ Date_____

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER OF BOARD OF DIRECTORS | SOUTH TEXAS COLLEGE OF LAW |
| 2. | RESEARCH FELLOW | THE CENTER FOR AMERICAN AND INTERNATIONAL LAW (FORMERLY SOUTHWESTERN LEGAL FOUNDATION) |
| 3. | MEMBER OF COUNCIL AND OF COUNCIL'S EXECUTIVE COMMITTEE | AMERICAN LAW INSTITUTE |
| 4. | MEMBER OF ADVISORY BOARD | THE CENTER FOR THOMISTIC STUDIES, UNIVERSITY OF SAINT THOMAS |
| 5. | MEMBER OF PRESIDENT'S BOARD OF ADVISORS | UNIVERSITY OF SAINT THOMAS |
| 6. | MEMBER OF ADVISORY BOARD OF THE JUDICIAL OUTREACH PROGRAM | AMERICAN SOCIETY OF INTERNATIONAL LAW |
| 7. | MEMBER OF BOARD OF TRUSTEES | BAYLOR COLLEGE OF MEDICINE |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D | 04/02/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 09/20/2007 | AMERICAN JUDICATURE SOCIETY - EDWARD J. DEVITT DISTINGUISHED SERVICE TO JUSTICE AWARD | $ 15,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | See attached report of Thomas M. Reavley |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN SOCIETY OF INTERNATIONAL LAW | JANUARY 24, 2007 | WASHINGTON, DC | ASIL MEETING | REIMBURSEMENT OF AIRFARE AND GROUND TRANSPORTATION |
| 2. | UNIVERSITY OF TEXAS | FEBRUARY 14-15, 2007 | AUSTIN, TX | SPEAK AT CONFERENCE | REIMBURSEMENT OF LODGING, MEALS AND AIRFARE |
| 3. | MARQUETTE UNIVERSITY SCHOOL OF LAW | FEBRUARY 19-21, 2007 | MILWAUKEE, WI | SPEAK AT HALLOWS LECTURE | REIMBURSEMENT OF LODGING, MEALS, GROUND TRANSPORTATION AND AIRFARE |
| 4. | SYRACUSE UNIVERSITY | MARCH 26-28, 2007 | SYRACUSE, NY | SPEAK AT PANEL DISCUSSION | REIMBURSEMENT OF LODGING, GROUND TRANSPORTATION AND AIRFARE |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D | 04/02/2008 |

| 5. | AMERICAN LAW INSTITUTE | OCTOBER 17-19, 2007 | NEW YORK, NY | ATTEND COUNCIL MEETING | REIMBURSEMENT OF LODGING, MEALS AND AIRFARE |
|---|---|---|---|---|---|
| 6. | AMERICAN LAW INSTITUTE | DECEMBER 6-7, 2007 | PHILADELPHIA, PA | ATTEND COUNCIL MEETING | REIMBURSEMENT OF LODGING, MEALS, GROUND TRANSPORTATION AND AIRFARE |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D | 04/02/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. 2007 | See attached report of ▮▮▮▮▮▮ | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D | 04/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Compass Bank Houston, TX (Money Market) | A | Interest | L | T | | | | | |
| 2. 7.25% Florida State Board of Education Bonds Due 6/1/2010 | A | Interest | J | T | | | | | |
| 3. Citigroup Common Stock (formerly Citicorp) | E | Dividend | M | T | | | | | |
| 4. Pfizer Common Stock | B | Dividend | K | T | | | | | |
| 5. Daily Tax Free Income Fund | B | Interest | | . | Redeem | 4/27 | L | | Issuer |
| 6. J.P. Morgan Chase Common Stock (formerly J.P. Morgan & Co.) | B | Dividend | K | T | | | | | |
| 7. General Electric Co. Common Stock | C | Dividend | M | T | | | | | |
| 8. 5% Atlanta, GA Bonds Due 12/1/2009 | A | Interest | | | Redeem | 4/13 | J | | Issuer |
| 9. 4.85% University of North Carolina-Chapel Hill Rev. RFDG | B | Interest | L | T | | | | | |
| 10. Bonds Due 11/1/2010 | | | | | | | | | |
| 11. IBM Common Stock | A | Dividend | K | T | | | | | |
| 12. 4.3% Jupiter Isl. Florida Util. Syst. Due 10/1/2007 | B | Interest | | | Redeem | 10/1 | K | | Issuer |
| 13. Exxon Mobil Corp. Common Stock | B | Dividend | L | T | | | | | |
| 14. Compass Bank Checking Account in the Name of | | None | J | T | | | | | |
| 15. Carolyn D. King ███████ | | | | | | | | | |
| 16. T. Rowe Price Small Cap Value Fund | E | Distribution | M | T | | | | | |
| 17. ‑ | | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D | 04/02/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. T. Rowe Price New Era Fund | D | Distribution | M | T | | | | | |
| 19. | | Dividend | | | | | | | |
| 20. Morgan Stanley & Co. (cash balance in brokerage account) | A | Interest | J | T | | | | | |
| 21. Mesquite, TX ISD 5% Due 8/15/2012 | C | Interest | | | Redeem | 8/15 | L | | Issuer |
| 22. Northwestern Mutual Whole Life Policies - See Part VIII | E | Dividend | N | V | | | | | |
| 23. Abbott Labs Common Stock | B | Dividend | L | T | | | | | |
| 24. Cisco Systems Common Stock | | None | K | T | | | | | |
| 25. Illinois Tool Works Inc Common Stock | C | Dividend | N | T | | | | | |
| 26. 5.25% Indiana St. Office Bldg. Comm. Bonds Due 7/1/10 | C | Interest | L | T | | | | | |
| 27. BP Amoco PLC | D | Dividend | M | T | | | | | |
| 28. Microsoft | A | Dividend | L | T | | | | | |
| 29. MedcoHealth Solutions, Inc. | | None | K | T | | | | | |
| 30. 3.25% Danbury, Connecticut Bonds Due 8/1/2010 | C | Interest | M | T | | | | | |
| 31. 5% California Economic Recovery Bonds Due 7/1/2015 | C | Interest | M | T | | | | | |
| 32. Wells Fargo Co. | B | Dividend | L | T | | | | | |
| 33. Procter & Gamble Common Stock | B | Dividend | L | T | | | | | |
| 34. 3.8% NY State Thruway Aut. Gen. Rev. Bonds Due 1/1/2015 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D | 04/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. 5% Denver Colo City & Cnty Rev. Bonds Due 9/1/2015 | C | Interest | M | T | | | | | |
| 36. 3.125%US Treasury Note Due 1/31/2007 | B | Interest | | | Redeem | 1/31 | M | | Issuer |
| 37. Morgan Stanley Institutional Liquidity Funds | A | Interest | K | T | Buy | 9/1 | M | | Issuer |
| 38. Akron, OH CTFS PARTN 5% Bonds Due 12/01/2017 | D | Interest | M | T | | | | | |
| 39. Corpus Christi, TX Util Sys Rev 4% Bonds Due 7/15/2012 | C | Interest | M | T | | | | | |
| 40. Daily Income Fund Municipal | A | Interest | | | Buy | 4/27 | L | | Issuer |
| 41. | | | | | Redeem | 9/1 | M | | Issuer |
| 42. Northwestern Mutual Variable Annuity Policy | | None | L | T | Buy | 4/6 | L | | |
| 43. ▓▓▓▓▓▓▓ annuitant) | | | | | | | | | |
| 44. Guadalupe Blanco Rvr Bonds Due 11/1/2015 | A | Interest | | | Buy | 2/1 | M | | |
| 45. | | | | | Sold | 3/22 | M | | |
| 46. Tarrant Cnty Tex Hea B LTH FACS Dev Corp 5% Bonds | B | Interest | M | T | Buy | 6/13 | M | | |
| 47. Due 12/1/2019 | | | | | | | | | |
| 48. Texas Transn Commn ST Hwy FD Rev 5% Bonds Due 4/1/2019 | B | Interest | M | T | Buy | 9/13 | M | | |
| 49. Northwestern Mutual Insurance Service Account | A | Interest | J | T | Buy | 4/6 | J | | |
| 50. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In response to Part VII C, I have reported the aggregate cash surrender value for the whole life policies. In response to Part VII B, I have shown the aggregate amount of the dividends on those policies, which are used to pay the premiums and increase the cash surrender value.

I am married to ███████████████████. I have attached a copy of his Financial Disclosure Report for 2007 for the information about ███████ required by the Instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Reavley, Thomas M | 2. Court or Organization<br><br>Fifth Circuit Court of Appeals | 3. Date of Report<br><br>03/28/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>Bob Casey Federal Courthouse<br>515 Rusk Street, Room 11009<br>Houston, Texas 77002 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2007 | State of Texas, Judicial Retirement | $ 68,400.00 |
| 2. | 2007 | Baylor University School of Law | $ 1,600.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | See attached report of ▮▮▮▮▮▮ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Prudential Insurance Co. | Policy Loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M | 03/28/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Compass Bank (Houston) | D | Interest | M | T | | | | | |
| 2. Royalty (Hendrix) Pecos County, Texas | B | Royalty | J | W | | | | | |
| 3. Minerals (Samson) Nacogdoches County, Texas | G | Royalty | N | T | | | | | |
| 4. Minerals (Apache) Nacogdoches County, Texas | C | Royalty | K | T | | | | | |
| 5. Minerals (Basa) Nacogdoches County, Texas | A | Royalty | J | W | | | | | |
| 6. Chase Bank (Austin) | B | Interest | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. Minerals (Chesapeake - was BRG) Nacogdoches County, Texas | B | Royalty | J | W | | | | | |
| 9. Fee Land, Lano County, Texas | | None | K | W | | | | | |
| 10. | | | | | | | | | |
| 11. Prudential Insurance Company | A | Interest | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. Minerals (Enervest) Shelby County, Texas | D | Royalty | | | | | | | |
| 14. Indigo | A | Royalty | K | W | | | | | |
| 15. Minerals (BP) Panola County, Texas | C | Royalty | K | W | | | | | |
| 16. Minerals (EOG) Nacogdoches County, Texas | A | Royalty | J | W | | | | | |
| 17. Minerals (AC Exp) Shelby County, Texas | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M | 03/28/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Minerals (Noble) Nacogdoches County, Texas | B | Royalty | K | W | | | | | |
| 19. Minerals (Hunt) Nacogdoches County, Texas | B | Royalty | K | W | | | | | |
| 20. Minerals (Delta Petroleum) Newton County, Texas | A | | J | W | | | | | |
| 21. Morgan Stanley & Co. (cash balance in brokerage account) | A | Interest | J | T | Open Account | | | | |
| 22. Morgan Stanley Institutional Funds | A | Interest | J | T | Open Account | | | | |
| 23. | | | | | | | | | |
| 24. Daily Tax Free Income Fund | D | Interest | L | T | | | | | |
| 25. Colorado Springs Bonds 3.78% Due 12/15/32 | A | Interest | | | Sell | 1/23 | K | | |
| 26. Tarrant County Bond 3.75% Due 2/15/33 | A | Interest | | | Sell | 6/07 | O | | |
| 27. University of Texas Permanent Bond 5% Due 7/01/13 | B | Interest | M | T | | | | | |
| 28. Corpus Christi Bond 4% Due 7/15/11 | B | Interest | M | T | | | | | |
| 29. Greater Clark County, Colorado Bond 5% Due 7/15/11 | B | Interest | M | T | | | | | |
| 30. Akron, Ohio Bond 5% Due 1/12/17 | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

▬▬▬▬▬▬. I attach a copy of her financial disclosure report for my report of her finances.

VII #7 - closed Hester investment in 2006

VII #13 and #14 - Enervest converted to Indigo midyear

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544